IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRIAN WHITE and ROSLYN SCHOFFSTALL, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CORKEY TURNER, TURNER RESTAURANTS, d/b/a CASA OLE' MEXICAN RESTAURANT, and MEXICAN RESTAURANTS, INC <br><br> Defendants. | § § § § § § § § § § § § § § § <br><br> Civil Action No. 4:15-CV-15-1485 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate that all claims asserted in the above-captioned civil action shall be dismissed with prejudice. Each of the parties shall bear their own attorneys' fees and costs.

Respectfully submitted this 16th day of August, 2016.

By: _____
Jeff M. Meyerson, TSB No. 00788051
Southern District Bar No. 109628
**THE MEYERSON LAW FIRM, PC**
2224 Walsh Tarlton Lane, Ste. 120
Austin, Texas 78746
(512) 330-9001 – office
(512) 330-9005 – fax
Email: jeffm@meyersonfirm.com
**Attorney for Plaintiff**

*signature*

David L. Barron, TSB No. 00798051
Southern District Bar No. 21117
Leila C. Clewis, TSB No. 24077579
Southern District Bar No. 1872165
**COZEN O'CONNOR, PC**
Lyondell Basell Tower
1221 McKinney Street, Ste. 2900
Houston, Texas 77010
(832) 214-3900 – office
(832) 214-3905 – fax
Email: dlbarron@cozen.com
Email: lclewis@cozen.com
**Attorneys for Defendant
Mexican Restaurants, Inc.**

*signature*

Daniel N. Ramirez, TSB No. 24039127
Southern District Bar No. 36216
**MONTY & RAMIREZ LLP**
150 West Parker Rd., Third Floor
Houston, Texas 77076
(281) 493-5529 – office
(281) 493-5983 – fax
Email: dramirez@montyramirezlaw.com
**Attorneys for Defendants
Corkey Turner and Turner Restaurants**

## CERTIFICATE OF SERVICE

On August 16, 2016, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the CM/ECF electronic filing system. All counsel of record have been served electronically via CM/ECF notice.

*signature*

Jeff M. Meyerson