United States District Court
Southern District of Texas

**ENTERED**

August 18, 2016

David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| BRIAN WHITE and ROSLYN SCHOFFSTALL, *on behalf of themselves and all others similarly situated,* | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-15-1485 |
| | § § § | |
| CORKEY TURNER, TURNER RESTAURANTS, *d/b/a* CASA OLÉ MEXICAN RESTAURANTS, and MEXICAN RESTAURANTS, INC., | § § § § § | |
| Defendants. | § § | |

**ORDER OF DISMISSAL**

In accordance with the parties' stipulation, (Docket Entry No. 47), this action is dismissed with prejudice.

SIGNED on August 17, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge